UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE GODOY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EDMUND GERRY BROWN, et al.,<br><br>　　　　Defendants. | Case No. 18-cv-06650-HSG (PR)<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE AMENDED COMPLAINT**<br><br>Re: Dkt. No. 11 |

Good cause being shown, Plaintiff's request for an extension of time to file an amended complaint is GRANTED. Plaintiff shall file an amended complaint by **April 29, 2019**. Failure to file an amended complaint in accordance with this order in the time provided will result in the dismissal of this action.

This order terminates Docket No. 11.

**IT IS SO ORDERED.**

Dated: 2/26/2019

　　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　　United States District Judge