UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE GODOY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>EDMUND GERRY BROWN, et al.,<br><br>　　　　Defendants. | Case No. 18-cv-06650-HSG<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE AMENDED COMPLAINT**<br><br>Re: Dkt. No. 15 |

Good cause being shown, Plaintiff's request for an extension of time for an amended complaint is GRANTED. Plaintiff shall file an amended complaint by **May 29, 2019**.

This order terminates Dkt. No. 15.

**IT IS SO ORDERED.**

Dated: 4/16/2019

HAYWOOD S. GILLIAM, JR.
United States District Judge