UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE GODOY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>EDMUND GERRY BROWN, et al.,<br><br>　　　　　Defendants. | Case No. 18-cv-06650-HSG<br><br>**JUDGMENT** |

For the reasons set forth in the Order of Dismissal, judgment is entered in favor of defendants and against plaintiff. The Clerk shall close the file.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: 2/24/2020

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge